### James McDermott and Samuel Owen vs. Samuel Davison.

An attorney commencing a suit in ejectment must first get the written authority of plaintiff to commence it.

*Motion by defendant to strike out the name of Samuel Owen from the declaration and the counts therein.*—This was an action of ejectment; declaration and notice served on the 11th February, 1845. The motion was made on the ground that plaintiff's attorney had no authority from plaintiff Owen to commence the suit. It appeared that Owen and two other plaintiffs gave a written authority to plaintiff's attorney, in the year 1837, to commence a suit in ejectment for the same premises, which suit terminated in favor of the defendant; and Owen in an affidavit read on this motion swore, that he had revoked the former authority given by him to his attorney, and that the present suit was commenced and carried on against his consent. It appeared on the part of plaintiff McDermott, that notwithstanding Owen had made such an affidavit he (Owen) admitted that it was procured under improper influences, and he was willing and desirous the suit should go on, and gave a written consent to plaintiff's attorney to that effect, after notice of this motion had been given.

M. T. Reynolds, *Defts Counsel.*          L. Farrar, *Defts Atty.*

J. A. Collier, *Plffs Counsel.*          L. M. Drury, *Plffs Atty.*

Jewett, Justice.—Denied the motion, on the ground, that Owen's authority had been procured since the notice of the motion had been given, but ordered the plaintiffs to pay ten dollars costs of the motion.

Rule accordingly.